# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO,<br><br>    Petitioner,<br><br>v.<br><br>MULE CREEK STATE PRISON WARDEN,<br><br>    Respondent. | Case No. 1:18-cv-00980-LJO-JDP (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>ECF No. 21 |

Petitioner Richard Kimbro, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. On September 11, 2019, this court issued an order adopting findings and recommendations to grant respondent's motion to dismiss, thereby dismissing the case. ECF No. 17. On September 27, 2019, petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals, ECF No. 19, and a motion to appoint counsel, ECF No. 21. Petitioner mailed his motion to appoint counsel to this court as well as to the Ninth Circuit Court of Appeals. ECF No. 21. Because this court has dismissed the petition and the appeal is pending before the Ninth Circuit, I deny petitioner's motion for appointment of counsel made to the Eastern District of California as moot.

IT IS SO ORDERED.

Dated: October 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 206